IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHANTE C. SMITH, | ) |
| Plaintiff, | ) No. 3:14-cv-2171 |
| v. | ) JURY DEMANDED |
| NASHVILLE AUTO DIESEL COLLEGE, LLC, | ) JUDGE HAYNES |
| | ) MAGISTRATE JUDGE BRYANT |
| Defendant. | ) |

## JOINT REPORT REGARDING MEETING TO DISCUSS SETTLEMENT PROSPECTS

Come now the parties through undersigned counsel and inform the Court, pursuant to the Case Management Order entered in this case [Doc. 13], that the parties and their counsel conducted a face-to-face meeting to discuss settlement on April 17, 2015. The parties entered into a settlement agreement at the conclusion of the meeting. The parties will file a stipulation of dismissal with the Court once the settlement has been finalized.

DATED this 23rd day of April, 2015.

                                            Respectfully submitted,

                                            s/ L. Lymari Cromwell
                                            Michael S. Moschel (BPR #016826)
                                            L. Lymari Cromwell (BPR #027405)
                                            BASS, BERRY & SIMS PLC
                                            150 Third Avenue South, Suite 2800
                                            Nashville, Tennessee 37201
                                            (615) 742-6200
                                            mmoschel@bassberry.com
                                            lcromwell@bassberry.com

                                            *Attorneys for Defendant*

s/ Kyle F. Biesecker<br>
Kyle F. Biesecker (BPR #28872)<br>
BIESECKER DUTKANYCH & MACER, LLC<br>
3200 West End Avenue, Suite 500<br>
Nashville, TN 37203<br>
Phone: (615) 783-2171<br>
Fax: (615) 424-1005<br>
kfb@bdlegal.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of April, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, TN 37203
Phone: (615) 783-2171
Fax: (615) 424-1005
kfb@bdlegal.com
*Attorney for Plaintiff*

s/ L. Lymari Cromwell

14174202.1