IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHANTE C. SMITH,                              )
                                             )
    Plaintiffs,                          )
                                             )        No. 3:14-cv-02171
v.                                           )        Senior Judge Haynes
                                             )
NASHVILLE AUTO DIESEL COLLEGE, LLC,          )
                                             )
    Defendant.                           )

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy

in this action have been compromised and settled. (Docket Entry No. 17).

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty

(30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the _27_ day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge